UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -9 PM 3: 38

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

WENCOAST RESTAURANTS, INC.,

    Plaintiff,

v.                                                    Cv. No. 05-2420-Ma

MARSHALL W. CRISS and
THOMAS POWELL,

    Defendants.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order filed June 9, 2005, this case is transferred to the United States District Court for the District of South Carolina, Charleston.

APPROVED: _____

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

June 9, 2005

DATE

ROBERT R. DI TROLIO
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-10-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02420 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Wm. Howell Morrison
MOORE & VAN ALLEN, PLLC
40 Calhoun St.; Ste. 300
Charleston, SC 29401

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Quitman Robins Ledyard
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT